# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

In re:
(Name) MICHAEL JONES
THE SNOW DOCTOR

Case No. 23-10129-MCR
Chapter 13

## INTERIM BUSINESS REPORT FOR THE MONTH OF July 2022
(Do not include personal household expenses. Include *only* business expenses)

A. *Starting cash position* (cash + bank balance) .................................................. _____

B. *Profit or Loss for the Month*
   INCOME:
   1. Gross receipts or sales................... _____
   2. Other income (specify)................. _____
   3. Gross income (add lines 1 and 2)..... _____
   4. Other income (specify)................. _____
   5. Gross income (add line 3 and 4)....................................... 0

   EXPENSES:
   6. Business property rent................... _____
   7. Employee wages (excluding debtor).. _____
   8. Debtor's compensation.................. _____
   9. Employee benefits....................... _____
   10. Equipment lease payments............ _____
   11. Secured debt payments................ _____
   12. Supplies................................... 300—
   13. Utilities................................... _____
   14. Repairs and maintenance.............. 450—
   15. Advertising............................... _____
   16. Professional fees (specify)............ _____
   17. Insurance:
       (a) Liability............................ _____
       (b) Property........................... _____
       (c) Vehicle............................ _____
       (d) Worker's compensation....... _____
   18. Taxes:
       (a) Payroll............................. _____
       (b) Sales............................... _____
       (c) Other (specify)................... _____
   19. Other expenses (specify).............. _____
   20. Total expenses(add lines 6 through 19)......................... ~~850~~ 750

   TOTAL PROFIT OR LOSS (subtract line 20 from line 5)..................... ~~$~~ (750)—

C. *Ending cash position (A + B = C)*.................................................. _____

I/We declare under penalty of perjury that the foregoing information is true and correct.

Date: 1/15/2024   Debtor(s): [signature]

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

In re:
(Name) MICHAEL JONES
THE SNOW DOCTOR

Case No. 23-10129-MCR
Chapter 13

## INTERIM BUSINESS REPORT FOR THE MONTH OF August 2022
(Do not include personal household expenses. Include **only** business expenses)

A. Starting cash position (cash + bank balance) ............................................. _____

B. Profit or Loss for the Month
   INCOME:
   1. Gross receipts or sales................... _____
   2. Other income (specify)................. _____
   3. Gross income (add lines 1 and 2)..... _____
   4. Other income (specify)................. _____
   5. Gross income (add line 3 and 4)..................................... 0
   EXPENSES:
   6. Business property rent.................. _____
   7. Employee wages (excluding debtor).. _____
   8. Debtor's compensation................. _____
   9. Employee benefits....................... _____
   10. Equipment lease payments............ _____
   11. Secured debt payments................ _____
   12. Supplies.................................. 120—
   13. Utilities.................................. _____
   14. Repairs and maintenance.............. 100—
   15. Advertising.............................. _____
   16. Professional fees (specify)............ _____
   17. Insurance:
       (a) Liability........................... _____
       (b) Property........................... _____
       (c) Vehicle............................ _____
       (d) Worker's compensation....... _____
   18. Taxes:
       (a) Payroll............................ _____
       (b) Sales............................... _____
       (c) Other (specify).................. _____
   19. Other expenses (specify).............. _____
   20. Total expenses (add lines 6 through 19)........................ $220—

TOTAL PROFIT OR LOSS (subtract line 20 from line 5).................... $(220—)

C. Ending cash position (A + B = C)......................................... _____

I/We declare under penalty of perjury that the foregoing information is true and correct.

Date: 1/15/2023     Debtor(s): [signature]

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

In re:
(Name) MICHAEL JONES
THE SNOW DOCTOR

Case No. 23-10129-MCR
Chapter 13

**INTERIM BUSINESS REPORT FOR THE MONTH OF** SEPTEMBER 2022
(Do not include personal household expenses. Include **only** business expenses)

A. *Starting cash position* (cash + bank balance) ..................................... _____
B. *Profit or Loss for the Month*
   INCOME:
   1. Gross receipts or sales.................. _____
   2. Other income (specify)................. _____
   3. Gross income (add lines 1 and 2)..... _____
   4. Other income (specify)................. _____
   5. Gross income (add line 3 and 4)...................................... 0
   EXPENSES:
   6. Business property rent.................. _____
   7. Employee wages (excluding debtor).. _____
   8. Debtor's compensation.................. _____
   9. Employee benefits....................... _____
   10. Equipment lease payments............ _____
   11. Secured debt payments................ _____
   12. Supplies................................... 200
   13. Utilities................................... _____
   14. Repairs and maintenance.............. 1315
   15. Advertising............................... _____
   16. Professional fees (specify)............ _____
   17. Insurance:
       (a) Liability.......................... _____
       (b) Property......................... _____
       (c) Vehicle........................... _____
       (d) Worker's compensation...... _____
   18. Taxes:
       (a) Payroll........................... _____
       (b) Sales............................. _____
       (c) Other (specify)................. _____
   19. Other expenses (specify).............. _____
   20. Total expenses (add lines 6 through 19)....................... 1315

TOTAL PROFIT OR LOSS (subtract line 20 from line 5)................... (1315)

C. *Ending cash position* (A + B = C)................................................. _____

I/We declare under penalty of perjury that the foregoing information is true and correct.

Date: 1/15/2023    Debtor(s): [signature]

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

In re:
(Name) MICHAEL JONES
THE SNOW DOCTOR

Case No. 23-10129-MCR
Chapter 13

**INTERIM BUSINESS REPORT FOR THE MONTH OF** OCTOBER 2022
*(Do not include personal household expenses. Include only business expenses)*

A. *Starting cash position* (cash + bank balance) .................................. _____
B. *Profit or Loss for the Month*
   INCOME:
   1. Gross receipts or sales.................. _____
   2. Other income (specify).................. _____
   3. Gross income (add lines 1 and 2)...... _____
   4. Other income (specify).................. _____          2000—
   5. Gross income (add line 3 and 4)........ _____
   EXPENSES:
   6. Business property rent.................. _____
   7. Employee wages (excluding debtor).. _____
   8. Debtor's compensation.................. _____
   9. Employee benefits....................... _____
   10. Equipment lease payments............. _____
   11. Secured debt payments.................. _____
   12. Supplies................................... 245
   13. Utilities................................... _____
   14. Repairs and maintenance............... 695
   15. Advertising............................... _____
   16. Professional fees (specify)............. _____
   17. Insurance:
       (a) Liability............................ 338.00
       (b) Property............................ _____
       (c) Vehicle............................. _____
       (d) Worker's compensation........ _____
   18. Taxes:
       (a) Payroll............................. _____
       (b) Sales............................... _____
       (c) Other (specify)................... _____
   19. Other expenses (specify).............. _____          ~~338.00~~  1278—
   20. Total expenses(add lines 6 through 19)....................... _____

TOTAL PROFIT OR LOSS (subtract line 20 from line 5)............. 722  ~~(338.00)~~ 278

C. *Ending cash position* $(A + B = C)$ ................................................. _____

I/We declare under penalty of perjury that the foregoing information is true and correct.

Date: 1/15/2023    Debtor(s): [signature] /_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

In re:
(Name) MICHAEL JONES
THE SNOW DOCTOR

Case No. 23-10129-MCR
Chapter 13

**INTERIM BUSINESS REPORT FOR THE MONTH OF** NOVEMBER 2022
*(Do not include personal household expenses. Include only business expenses)*

A. *Starting cash position* (cash + bank balance) .................................... _____
B. *Profit or Loss for the Month*
   INCOME:
   1. Gross receipts or sales................. _____
   2. Other income (specify)................. _____
   3. Gross income (add lines 1 and 2)...... _____
   4. Other income (specify)................. _____
   5. Gross income (add line 3 and 4)........................................... 0
   EXPENSES:
   6. Business property rent.................. _____
   7. Employee wages (excluding debtor).. _____
   8. Debtor's compensation.................. _____
   9. Employee benefits....................... _____
   10. Equipment lease payments............ _____
   11. Secured debt payments................ _____
   12. Supplies................................... _____
   13. Utilities.................................... _____
   14. Repairs and maintenance.............. 1400-
   15. Advertising............................... _____
   16. Professional fees (specify)............ _____
   17. Insurance:
       (a) Liability......................... _____
       (b) Property......................... _____
       (c) Vehicle........................... _____
       (d) Worker's compensation....... _____
   18. Taxes:
       (a) Payroll........................... _____
       (b) Sales............................. _____
       (c) Other (specify)................. _____
   19. Other expenses (specify).............. _____
   20. Total expenses(add lines 6 through 19)....................... $ 1400-

   TOTAL PROFIT OR LOSS (subtract line 20 from line 5)................. $ (1400)

C. *Ending cash position (A + B = C)*................................................... _____

I/We declare under penalty of perjury that the foregoing information is true and correct.

Date: 1/15/2022        Debtor(s): _____ / _____

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

In re:
(Name) MICHAEL JONES
THE SNOWDO TUR

Case No. 23-10129-MCR
Chapter 13

**INTERIM BUSINESS REPORT FOR THE MONTH OF DECEMBER 2022**
(Do not include personal household expenses. Include **only** business expenses)

A. *Starting cash position* (cash + bank balance) .................................. _____
B. *Profit or Loss for the Month*
   INCOME:
   1. Gross receipts or sales................. _____
   2. Other income (specify)................. _____
   3. Gross income (add lines 1 and 2)..... _____
   4. Other income (specify)................. _____   0
   5. Gross income (add line 3 and 4)............................ _____
   EXPENSES:
   6. Business property rent.................. _____
   7. Employee wages (excluding debtor).. _____
   8. Debtor's compensation................. _____
   9. Employee benefits....................... _____
   10. Equipment lease payments............ _____
   11. Secured debt payments................. _____
   12. Supplies................................... 100.00
   13. Utilities.................................... _____
   14. Repairs and maintenance.............. _____
   15. Advertising............................... _____
   16. Professional fees (specify)............ _____
   17. Insurance:
       (a) Liability......................... 517.50
       (b) Property........................ _____
       (c) Vehicle.......................... _____
       (d) Worker's compensation...... _____
   18. Taxes:
       (a) Payroll.......................... _____
       (b) Sales............................. _____
       (c) Other (specify)................ _____
   19. Other expenses (specify)............. _____
   20. Total expenses (add lines 6 through 19)........................ ~~500.00~~ 617.50
   
   TOTAL PROFIT OR LOSS (subtract line 20 from line 5)................ ~~(500.00)~~ (617.50)

C. *Ending cash position (A + B = C)*............................................. _____

I/We declare under penalty of perjury that the foregoing information is true and correct.

Date: 1/16/2022       Debtor(s): [signature] /_____